IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

LONNIE K. CRANE,

          Plaintiff,

v.                                                    CIVIL ACTION NO. 3:23-0582

PERSONNEL OF UNION SUPPLY DIRECT,

          Defendant.

### MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Complaint be dismissed, without prejudice, and this matter be removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that the Complaint be **DISMISSED**, **without prejudice**, and this matter be **REMOVED** from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

          ENTER:    December 5, 2023

          ROBERT C. CHAMBERS
          UNITED STATES DISTRICT JUDGE